Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Maria N. Jacob
Assistant Federal Public Defender
District of Columbia Bar No. 1031486
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Maria_Jacob@fd.org

*Attorney for Petitioner Alan Bustamonte Boch

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Alan Bustamonte Boch,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-02569-CDS-DJA

**Order Approving Stipulation to Extend Time to File Amended Petition and Response to Amended Petition**

[ECF No. 7]

Petitioner Alan Bustamonte Boch and Respondents, through undersigned counsel, hereby submit this Stipulation for an extension of time of 14 days for Petitioner to file an amended petition for writ of habeas corpus, moving the deadline to September 24, 2026, with a further stipulation that the Respondents file a response by October 8, 2026.

This extension is warranted because counsel requires more time to obtain immigration records. In addition, there is prior case research that needs to be investigated. This additional research is required to properly prepare any potential claims. Therefore, Petitioner Bustamonte Boch requests a 14-day extension of time to file the amended petition.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Bustamonte Boch to file an amended petition to September 24, 2026, with a response deadline of October 8, 2026. This request is made in good faith and not for the purpose of delay.

Dated: September 8, 2026

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH, First Assistant United States Attorney

*/s/ Martin J. Mayer*
Martin J. Mayer
Special Assistant United States Attorney

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Maria N. Jacob*
Maria N. Jacob
Assistant Federal Public Defender

**Order**

Although the stipulation violates Local Rule IA 6-2, it is approved. The parties are reminded that a stipulation must include an order in the form of a signature block.

Based on the parties' stipulation, it is ordered that the deadline to file an amended petition is extended to September 24, 2026, with a response deadline of October 8, 2026.

______________________________
Cristina D. Silva
United States District Judge

Dated: September 9, 2026