Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Maria N. Jacob
Assistant Federal Public Defender
District of Columbia Bar No. 1031486
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Maria_Jacob@fd.org

*Attorney for Petitioner Alan Bustamonte Boch

# United States District Court
# District of Nevada

Alan Bustamonte Boch,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-02569-CDS-DJA

**Order Granting Petitioner's Motion for Leave to File Late Reply in Support of First Amended Petition**

[ECF No. 13]

Petitioner Alan Bustamonte Boch, through counsel, respectfully submits this request for leave to file the attached late reply[1] to the government's response filed on October 8, 2026. ECF No. 12.

This Court issued an appointment order on August 19, 2026, where it directed Petitioner Boch to file a counseled amended petition within 14 days. ECF No. 3. The parties filed a stipulated motion for an extension, which requested an additional 14 days to file an amended petition and a response deadline of October 8, 2026. ECF No. 7.[2] The Court granted this stipulation. ECF No. 8.

[1] Attached as Exhibit 1: Reply in Support of First Amended Petition.
[2] However, this stipulation did not include an updated reply deadline.

Accordingly, Petitioner Boch filed an amended petition on September 24, 2026. ECF No. 9. Respondents filed a response on October 8, 2026. According to the Court's appointment order, in a footnote, Petitioner was directed to file a reply to the government's response within 5 days of the response. (ECF No. 3 at 3, n.3). However, counsel for Petitioner inadvertently missed this footnote and did not file a reply within 5 days of the government's response. However, Petitioner Boch has a meritorious reply that includes the submission of the bond hearing audio, which is necessary for the Court's consideration of his claims. Therefore, Petitioner Boch respectfully requests that the Court excuse the neglect of counsel and that he be granted a retroactive extension of time and for the Court to accept this late filing.[3]

This request is not for the purpose of delay and is in the best interests of Petitioner. This request would also clarify the relevant record or habeas review, and serve the interest of judicial economy.

Dated: October 22, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Maria N. Jacob*
Maria N. Jacob
Assistant Federal Public Defender

IT IS SO ORDERED. The petitioner must file his reply by November 12, 2026.

United States District Judge

Dated: November 5, 2026

[3] Undersigned counsel tried to confer with the USAO to inquire as to their position on this motion on October 19, 2026, and has not yet received a response.